Anthony Narbona
(Name)

Dorm 66-06 UP
(Address)

5150 OByrnes Ferry Rd
(City, State, Zip)

Jamestown, CA 95327
(CDC Inmate No.)

H-28385

| 2354 | 1983 ✓ |
|------|--------|
| **FILING FEE PAID** | |
| Yes_____ | No_____ |
| **IFP MOTION FILED** | |
| Yes_____ | No_____ |
| **COPIES SENT TO** | |
| Court ✓ | Pro Se |

**FILED**

2008 APR 11  PM 4:06

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _RM_____ DEPUTY

# United States District Court
## Southern District of California

Anthony Narbona
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

Deputy Hanig,
John Does 1-20,
Et. al.

(Enter full name of each defendant in this action.)

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**'08 CV 0663 JM LSP**

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, **Anthony**
(print Plaintiff's name)
**Narbona**, who presently resides at Dorm 66-06 UP
(mailing address or place of confinement)
5150 O'Bynes Ferry Rd, Jamestown CA
95327 , were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at San
Diego County Jail Central on (dates) 9-26-07, 9-27-07, and april 10-2007
(institution/place where violation occurred)        (Count 1)        (Count 2)        (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev 5/98)

K:\COMMON\EVERYONE\1983\1983FORM.COM

Defendant ___Deputy Hanig___ resides in ___San Diego___
(name)                                    (County of residence)
and is employed as a ___Deputy Sheriff___. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: ___Deliberate indifferent to Plaintiffs___
___Serious Medical Need___

Defendant ___John Does 1-20 Court Deputys___ resides in ___San Diego___
(name)                                    (County of residence)
and is employed as a ___Sheriff SDCJ___. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: ___Deliberately indifferent to___
___Plaintiffs Serious Medical Need/Delay___
___in Medical treatment of Serious medical Need.___

Defendant ___Floor officers John Does 1-20___ resides in ___San Diego___
(name)                                    (County of residence)
and is employed as a ___Sheriff SDCJ___. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: ___Deliberate indifferent to Plaintiffs___
___Serious Medical Need./Delay in treatment for Serious___
___medical need___

Defendant ___Breakfast Deputy John Does 1-20___ resides in ___San Diego___
(name)                                    (County of residence)
and is employed as a ___Deputy Sheriff SDCJ___. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: ___Deliberate Indifferent to Plaintiffs Serious___
___medical Need./Delay in treatment to Serious medical___
___Need.___

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: <u>Right to Medical</u>
<u>Care for Serious Medical Need</u>   (E.g., right to medical care, access to courts,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

I was arrested on or about 9-26-07, I informed the arresting officer of my serious medical condition and all staff during my Booking Process. Precisely, that I have a current serious medical Problem "Congestive heart failure," and was Just released from the hospital a week prior, and also had a clot in my leg, and that I was not well at all.

During the booking process after I and a group of inmates were changed into Blues, on 9-26-07 - 9-27-07, I was placed in a holding tank with other inmates while waiting for a bed. I was left in that tank over night. I began to have trouble breathing + shortness of breath, and chest pains. I remember the lights were very low, a deputy came by, openned our door, looked directly at me. I told him "I am having trouble breathing" and I was clutching the left side of my chest, I also told him I am having chest pains. He looked around at everyone as if to be counting inmates, then looked back at me, said nothing and left closing the door! This is Deputy "John Doe #1 because I could not see his name to identify him by name. But he looked of Latino or Mexican decent. This deputy clearly heard and saw me!

Count 2:  The following civil right has been violated:  Right to Medical

(E.g., right to medical care, access to courts,

Care / Delay in treatment of Serious Medical Need

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

A few hours after what occurred in Cause of action #1 - Pg 3 of this Complaint, the same thing occurred. A Deputy Came oppened the Door to the holding tank. I told him I am having trouble breathing while clutching my chest and I told him I am having chest Pains also. This Deputy may or may not be the Same one that Counted us in the tank as the Deputy John Doe #1 as stated in Cause of action #1 - Pg 3. This Deputy John Doe #2 also did the Same as John Doe #1. He looked directly at me, looked around closed the door and walked away. I was sitting on the floor. The inmates that were awake shook their heads in disbelief and stated "They don't Care!"

I sat there wondering if I was going to die, totally exhausted and waited. That Deputy also Clearly Saw me and Heard me but as the one before, just ignored me.

Count 3:  The following civil right has been violated: _____

Right to Medical Care/Delay in treatment serious medical need.

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

Later that same Morning, I believe to be 9-27-07, another Deputy Came, breakfast was brought. I told him that I was having trouble breathing while clutching my chest and also told him that I was having chest pains. He responded with a reply that we were going to be taken upstairs in a few and I could tell my floor officers. He then left. This Deputy's name I could not see, He was a white man in his 40's. This Deputy John Doe #3.

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Right to Medical
(E.g., right to medical care, access to courts,
Care for Serious Medical Need.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

Later the morning after breakfast, Deputy's Came to the Holding tank and escorted us upstairs on the elevator. I was sent to the 7th flr. A Pod. When I Arrived there extremely exhausted, I told my floor officers that I was having trouble breathing and that I had Chest Pains. I told them I was in a holding tank all night long and tried to tell deputies that Came by or passed by, but was ignored. The time of night it was, I believe only one passed by except for the ones that opened the door to Count. My floor deputies told me to go to Cell 19, and that I would be Seen or Seeing a Doctor later. Totally exhausted, I fell out, when I awoke I called on the little speaker box and told the floor deputies I was still having trouble breathing and have Chest pains. I told them that I was resently in the hospital for Congestive heart failure. I was finally Called down, finally taken to the 3rd floor medical and Had my blood preasure taken and a few questions asked. Then Suddenly the "Little Italys" San Diego Fire Dept. and Reseue Ambulance was there and I was rushed to U.C.S.D. Emergency Room, where I

Was treated and Diagnosed with a Blood Clot in my Lung and further Symtoms of Progressing Congestive Heart failure (Pulmonary Embolism) (C.H.F.). I was kept in the hospital for 5 days due to the severity of my Condition.

SB

Right to Medical Care

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

On or About October 8, 2007, I was taken early Morning to South Bay Detention facility (SBDF) for My Parole revocation assesment offer hearing. I Called Deputy Honig to tell him that I had a Serious Medical Condition and that I had not recieved my heart meds Dose for that Morning. I told him over and over. He Just kept telling Me the nurse will be by, and DID nothing else.

Suddenly a bus Came, I was cuffed up with the rest of the Prisoners/inmates and loaded on the bus and taken to South Bay Detention facility without getting my meds.

At South Bay Detention facility, after Complaining Several times to deputies I was taken to a Nurse. I was given Some of my Medication and told by the Nurse that they at SouthBay they did not stock the rest of the Medication I was prescribed So I was not given all my Meds Dose.

When I returned to San Diego Central Jail that afternoon - evening, I told deputies and the Nurse that I was not given all my meds for that Morning. I was told by the nurse, "Don't worry about that." The very Next Morning I was on my way to Court Not feeling well to Say the least. I was placed in a holding tank, and began to have Chest pains and Shortness of breath, when I Coughed I Spat up:

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts

a considerable amount of blood. I got really scared and called a Deputy. I spat again into a wad of toilet paper and showed the Deputy the bloody wad of paper — He immediately took me to the 3rd floor. (I did not get this Deputy's Name. it was not Honig!) medical and again I was ordered to be taken to the emergency Room at UCSD. for emergency treatment.

There a Doctor by the Name of Dr. K. Buford treated/attended me. He Diagnosed me with Congestive Heart failure that was worsening and he specifically Told me Not to miss any Doses of my medication, and specifically told me not to let them "The Sheriff Department or whos ever care I am under," not give me my medication because missing one Dose could very well cause me severe damage or heart attack.

50

involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:

Plaintiffs: _____ Anthony Narbona _____

Defendants: _Robert Hernandez, Dr. G. Smith, Dr. Minto_

(b) Name of the court and docket number: _United States District Court_ _Southern District of California_.

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____ _Dismissed_.

(d) Issues raised: _Delay in Medical attention / Cruel_ _and Unusual Punishment / Deliberate Indifference_ _to Serious Medical Need._

(e) Approximate date case was filed: _May 2003_.

(f) Approximate date of disposition: _June 2005_

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought. _Relief was sought thru Claim Division, San_ _Diego County office. See Attached Copy of_ _Claim and letters from Claims Division._

**E.  Request for Relief**

Plaintiff requests that this Court grant the following relief:

1.  An injunction preventing defendant(s): _Harrassing Plaintiff._

_____

_____

_____

2.  Damages in the sum of $ _250,000.00_

3.  Punitive damages in the sum of $ _1,000,000; 00_ .

4.  Other:_____

_____

**F.  Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☑ Court.  (Choose one.)

**G.  Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge.  The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases.  Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

| ☑ | Plaintiff consents to magistrate judge jurisdiction as set forth above. | **OR** | ☐ | Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case. |

_3-24-08_
Date

_Anthony Barboa_
Signature of Plaintiff



# CLAIM AGAINST THE COUNTY SAN DIEGO
## (FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

Received by_____via
U.S. Mail ☐
Inter-Office Mail ☐
Over the Counter ☐

Time Stamp

File No.: _____

A claim must be filed with the Claims Division of the County of San Diego within 6 months after which the incident or event occurred. Be sure your claim is against the County of San Diego, not another public entity. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be mailed or delivered to:
*County of San Diego, Claims Division, 1600 Pacific Highway, Room 355, San Diego, CA 92101-2469, phone (619) 531-4899.*

## TO THE HONORABLE BOARD OF SUPERVISORS, The County of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. Name of Claimant: __Narbona__        __Anthony__        __Du-Jesus__
   Last Name            First Name            Middle Name

A. Address of Claimant: __P.O. Box 799004__    __San Diego, CA__    __92179__
   Street Address            City            Zip

B. Home Phone:( ) __N/A__    Work Phone:( ) __N/A__    C. Birthdate: __6-8-63__

D. Social Security No.: __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__    E. Driver's License No.: __C-262 6166__

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:
__Anthony Narbona, H-28385, P.O. Box 799004, 4-18-3112, San Diego, CA 92179__

3. Occurrence or event from which the claim arises:    A. Date: __on or about 9-26-27-07__    B. Time: __Night Thru early morning?__

C. Place (exact and specific location): __San Diego Central Jail — During Processing and when I Arrived at 7 Flr. A-Pod. Also Days After All J.O.C.J.__

D. Specify the particular occurrence, event, act or omission you claim caused the injury or damage (use additional paper if necessary): __Denial/Delay of immediate Medical Attention, when I Complained of Chest Pain and Shortness "Trouble Breathing" of Breath To Deputies, Between being booked in after we changed into blues, Before we were taken upstairs to 7 Flr. I was placed in a Continued See "D"__

E. State how or wherein the County of San Diego or its employees were at fault. Give the name(s) of the County department and employee(s) causing the damage or injury: __It was the Deputies at San Diego Central County Jail. Delay of Medical Attention for a Serious Medical Problem. + Deputy Honig and The Nurse responsible for Passing out Medication on or about (10- -07) when I was taken to S. Bay O.F. for my Parole Violation hearing — Continued__

(over)

CD 1 (Rev. 2/00)

4. Give a description of the injury, property damage or loss, so far as is known at the time of the claim. If there were no injuries, state "no injuries":

Blood Clot to Lung, Congestive Heart Failure
Acute Pain

5. Name and address of any other person injured: _____ None/A _____

6. Name and address of the owner of any damaged property: _____ N/A _____

7. Damages claimed:

A. Amount claimed as of this date: $ 250,000.00

B. Estimated amount of future costs: $ 1

C. Total amount claimed: $ 250,000.00

D. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

E. Damaged vehicle (if applicable):   Make: _____   Model: _____   Year: _____

Vehicle Identification No. (VIN): _____   Mileage: _____

Insurance Company: _____   Policy No.: _____

8. Names and addresses of all witnesses, hospitals, doctors, etc.:

A. U.C.S.D. Doctor Kevin Buford M.D

B. _____

C. _____

9. Any additional information that might be helpful in considering this claim: See Attached Pages.

_____

_____

_____

◄ **WARNING:  IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM! (Penal Code § 72; Insurance Code § 556.1)**

I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this ___5___ day of _January_, 20 0 8  at _S.C.C. Jamestown_ State Prison

_(signature)_

Claimant's Signature

Holding tank with several other Inmates waiting for a bed. We were left there over night.

I began to have trouble breathing - shortness of breath, and Chest pains. The lights were very low, and I remember a Deputy Came by, opened our door, looked directly at Me. I told him I am having trouble breathing and I was clutching my left side of my chest, also I told him I am having chest pains. He looked around at everyone as if to be counting inmates, looked back at Me, said nothing and left after closing the door.

A period of time later, The same thing occurred, a Deputy Came opened the door, looked at me, I conveyed the same message, That I was having trouble breathing and clutching my chest, told him I am also having chest pains! This Deputy may or may not have been the same one that had come earlier. This one also did the same thing. The other prisoners that were awake couldn't believe it, but stated "They don't care."

Early morning we were brought breakfast by another Deputy, while Breakfast was being passed out, I told that Deputy That I was having trouble breathing and had chest pains, also. He told Me. We were going to be taken upstairs in a few, and I could tell my "floor officer." He then left. Later Deputy's Came and we were escorted to an elevator, I was sent to 7Flr A Pod. When I got there

extremely exhausted, I told my floor officer That
I was having trouble breathing and that I had
chest pains, I told them I was in a holding tank
all night and tried to tell the deputies that
Came by or even passed by, but was ignored!
My floor deputies told me to go to Cell 19, and
That I would be seeing a Doctor later.
Later Totally exhausted, I fell out, when I awoke
I called on the little Speaker box and told
The floor deputies that I was having trouble
breathing and felt chest pains. I told him I
was recently in the hospital for Congestive heart
failure. I was Called down, finally taken to
The 3rd floor Medical and I had my Blood
Preasure taken, and a few questions Asked Then
Suddenly the "Little Italy" San Diego Fire Department
and Rescue Ambulance was there and I was rushed
To U.C.S.D. Emergency Room were I was treated
and Diagnosed with Blood Clot in my Lung and
Congestive heart failure - Pulminary Trumbosi's / C.H.S.
I was Kept in the hospital for about 5 days.
I was returned to S.D.C.J. San Diego Central Jail, and,
a few days later, I was taken early morning to S.B.D.F.
for my Parole Violation hearing. I called a deputy to tell
him that I had not recieved my heart Meds. This Deputy's

3) Continued Section N.

Name tag I was able to see and remember, it was specifically "Deputy Honig." I told him over and over I have very important heart meds and I had not recieved them yet. He told me the Nurse will be comming by and I would get them. Soddenly the bus came, I was loaded up in cuffs with the rest of the prisoners and taken to South Bay Detention facility, with out getting my meds. At South Bay, after complaining several times to Deputies, I was taken to a Nurse. I was given part of my medication, and told they at South Bay Did not stock the rest of the medication I was Prescribed! So I was not given all my meds. When I returned to San Diego Central Jail that afternoon - evening - I told the deputies & Nurse that I was not given all my medication for that morning. I was told by the Nurse, Not to worry about that. The Next Morning I was on my way to court, Not foeling well, I was placed in a holding tank, and began to have chest pains & shortness of breath, I coughed and spat up a considerable amount of Blood. I got really scared, called a Deputy, I spat into a Napkin/Toilet Paper wad, Showed the Deputy The Bloody wad — He immediately took me to 3rd Floor Medical and again I was taken to U.CS.D. for treatment. There I spoke to a Doctor Kievin Buford, He diagnosed me with CHF Congestive Heart Failure that was worsening and He specifically

4) Told me not to miss any Doses of my medication, and Specifically told me "Not to let Them" The Sheriff Deptment or who evers Care I was under," not give me my medication, because Missing one Dose Could very well Cause Severe Damage or heart attack!

①

The Names of the San Diego Central Jail Deputies That I am Complaining about - John Doe's 1-20, have not been properly Identified Yet, The ones on 7 Flr A, were there the morning I was sent to 7 Flr. A - 19. On Sept. 27, 2007, on or about! Deputy Honig, and the Nurse passing out medication for 7 Flr. A section on or about 10-?-07, when I was taken to South Bay Detention facility for parole Violation hearing, Denied me medication Prescribed By a Doctor for a Serious Medical Condition, that I believe landed me in the hospital.

The John Doe's 1-20, Denied/Delay in medical attention for 1½ days for a Serious medical Condition, Specifically, Congestive heart failure, Chest pain with trouble breathing, That I was diagnosed to have Pulmenary trombosis "Clot in lung" and Congestive Heart failure by UCSD medical Doctors, That kept me for 5 days.



# County of San Diego

## OFFICE OF COUNTY COUNSEL
### CLAIMS AND INVESTIGATION DIVISION
1600 PACIFIC HIGHWAY, ROOM 355, SAN DIEGO, CALIFORNIA 92101-2469

January 15, 2008

Anthony Narbona
#H-28385   Dorm 66-06 UP
5150 O'Byrnes Ferry Road
Jamestown, CA  95327

Re:  Claimant:  Anthony Narbona
      County File Number:  080014
      Dates of Incident:  9/26/07-9/27/07

Dear Mr. Narbona:

This letter acknowledges your claim filed against the County of San Diego.  Please be advised your claim is not considered an administrative remedy under 42 U.S.C. section 1997e(a), which requires exhaustion of administrative remedies before certain actions may be brought by prisoners with respect to prison conditions.

Upon completion of the investigation, you will be notified of the Liability Claims Section's determination of liability against the County of San Diego.

Sincerely,

Office of County Counsel
Claims and Investigation Division
(619) 531-4899



# County of San Diego

### OFFICE OF COUNTY COUNSEL
### CLAIMS AND INVESTIGATION DIVISION
1600 PACIFIC HIGHWAY, ROOM 355, SAN DIEGO, CALIFORNIA 92101-2469

March 3, 2008

Anthony Narbona
#H-28385   Dorm 66-06 UP
5150 O'Byrnes Ferry Road
Jamestown, CA  95327

Re:  Claimant:  Anthony Narbona
      County File Number:  080014
      Date of Incident:  September 26, 2007

SUBJECT:  **NOTICE OF REJECTION OF CLAIM**

The subject claim has been received by the Claims Division for investigation and a
determination of liability, if any.

The liability of a governmental entity and its employees to a person who claims
damages is strictly limited by the laws within the State of California. Your claim has
been reviewed within the terms and restrictions of those laws. We regret that
investigation has obliged us to conclude that the claim must be rejected. Therefore, the
claim is hereby rejected this date.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice
was personally delivered or deposited in the mail to file a court action on those causes
of action recognized under the California Tort Claims Act.  See Government Code
Section 945.6.

You may seek the advice of an attorney of your choice in connection with this matter.  If
you desire to consult an attorney, you should do so immediately.

Sincerely,

Office of County Counsel,
Claims and Investigation Division
(619) 531-4899

_Original_

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

_Anthony Narbona_

**v.**

Case Number:

_Deputy Honig, John_

PROOF OF SERVICE

_Does 1-20 Et. Al._          /

    I hereby certify that on ___March 24, 2008___ , I served a copy
of the attached ___Complaint Southern District Cal.___ by placing
a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by
depositing said envelope in the United States Mail at:
___Tuolumne County, Jamestown SCC state Prison___ .

    **(List Name and Address of Each Defendant or Attorney Served)**

I declare under penalty of perjury that the foregoing is true and correct.

___Anthony Narbona___        ___(signature)___
**Type or print name**        **Signature of person completing service**

___Dorm 66-06 up___
___5150 O'Byrnes Ferry Rd.___
___Jamestown, CA 95327___

**Address**

JS44
(Rev. 07/89)

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILING FEE PAID**
Yes ☐ DEFEND No ☐
**IFP MOTION FILED**
Yes ☑ No ☐
**COPIES SENT TO:**
Court ☐ ProSe ☐

2008 APR 11 PM 4: 06

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**I (a) PLAINTIFFS**

Anthony Narbona

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** Tuolumne
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

Honig, et al

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Anthony Narbona, H-28385
Sierra Conservation Center
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

ATTORNEYS (IF KNOWN)

'08 CV 0663 JM LSP

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)          FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 710Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☑ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☑ 1 Original Proceeding    ☐ 2 Removal from State Court    ☐ 3 Remanded from Appelate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $    Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE    Docket Number

DATE    April 11, 2008

SIGNATURE OF ATTORNEY OF RECORD