Original

AO 240 (Rev. 9/96)

FILING FEE PAID
Yes ☐   No ☑

IFP MOTION FILED
Yes ☐   No ☑

COPIES SENT TO:
Court ☑   Pro Se ☐

# UNITED STATES DISTRICT COURT

Southern District of California

FILED
2008 APR 11 PM 4:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Anthony Narbona
Plaintiff

v.

Deputy Honig, John Does 1-20
et. al.
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

_____ RM _____ DEPUTY

CASE NUMBER: **08 CV 0663 JM LSP**

I, Anthony Narbona, declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration: SCC Jamestown State Prison

   Are you employed at the institution? Yes   Do you receive any payment from the _____ No _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No Incarcerated

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes   ☑ No
   b. Rent payments, interest or dividends                 ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments       ☐ Yes   ☑ No
   d. Disability or workers compensation payments          ☐ Yes   ☑ No
   e. Gifts or inheritances                                ☐ Yes   ☑ No
   f. Any other sources                                    ☐ Yes   ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Attachment 4

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

   Used Car - not much

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   I'm incarcerated

I declare under penalty of perjury that the above information is true and correct.

3-24-08
Date

*[Signature]*
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
REPORT ID: TS3030  .701                                                              REPORT DATE: 04/01/08
                                                                                              PAGE NO:    1
                           CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 SIERRA CONSERVATION CENTER
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: JUN. 01, 2007 THRU APR. 01, 2008

ACCOUNT NUMBER : H28385                                BED/CELL NUMBER: MAF 660000000060
ACCOUNT NAME   : MARBONA, ANTHONY JESUS                ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                    TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE    DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS    BALANCE
--------------------------------------------------------------------------------
06/01/2007      BEGINNING BALANCE                                                 0.00

ACTIVITY FOR 2008
01/17 D030  CASH DEPOSIT     2054ORLR08                18.00                     18.00
01/18 FC02  DRAW-FAC 2       2068MARJRD                           18.00           0.00
01/29 D120  TRUST FUNDS T    2155 RJB                  33.65                     33.65
02/15 FC02  DRAW-FAC 2       2364MARJRD                           33.65           0.00
02/25 VOR1  REST OVERPMT     2463HDQADJ                89.93                     89.93
02/25 40F1  ADMIN FEE-RES    2463HDQADJ                 8.99                     98.92
03/03 W536  COPAY CHARGE     2516 2/29                             5.00          93.92
03/17 FC02  DRAW-FAC 2       2688MARJRD                           93.92           0.00

                              CURRENT HOLDS IN EFFECT

DATE
PLACED    HOLD
          CODE    DESCRIPTION              COMMENT         HOLD AMOUNT
--------------------------------------------------------------------------------
03/20/2008  H107  POSTAGE HOLD              2740POSTAG         0.58
04/01/2008  H119  ARTIFICIAL APPLIANCE HOLD 2825INSOLE         5.25

                            * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/19/92                               CASE NUMBER: H92F0094
COUNTY CODE: RIV                                       FINE AMOUNT: $     1,500.00

DATE     TRANS.   DESCRIPTION                          TRANS. AMT.       BALANCE
--------------------------------------------------------------------------------
06/01/2007   BEGINNING BALANCE                                          1,430.07

01/17/08  DR30   REST BED-CASH DEPOSIT                    20.00-        1,410.07
02/25/08  VV01   RESTITUTION PAYMENT UPDATE            1,500.00-           89.93-
02/25/08  VOR1   REST OVERPMT ONLY                        89.93             0.00
```

```
REPORT ID: TS3030 .701                                              REPORT DATE: 04/01/08
                                                                    PAGE NO:         2
                           SIERRA CONSERVATION CENTER
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUN. 01, 2007 THRU APR. 01, 2008

ACCT: H28365      ACCT NAME: NARBONA, ANTHONY JESUS         ACCT TYPE: I

                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/23/92                       CASE NUMBER: CR39155
COUNTY CODE: RIV                               FINE AMOUNT: $ 1,000.00

 DATE    TRANS.  DESCRIPTION                   TRANS. AMT.        BALANCE
 ----    ------  -----------                   -----------        -------
06/01/2007       BEGINNING BALANCE                                 932.07
02/25/08  VU01   RESTITUTION PAYMENT UPDATE       932.07-            0.00

                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/23/92                       CASE NUMBER: CR40583
COUNTY CODE: RIV                               FINE AMOUNT: $ 1,000.00

 DATE    TRANS.  DESCRIPTION                   TRANS. AMT.        BALANCE
 ----    ------  -----------                   -----------        -------
06/01/2007       BEGINNING BALANCE                                1,000.00
02/25/08  VU01   RESTITUTION PAYMENT UPDATE     1,000.00-            0.00

                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/23/92                       CASE NUMBER: CR42300
COUNTY CODE: RIV                               FINE AMOUNT: $ 1,000.00

 DATE    TRANS.  DESCRIPTION                   TRANS. AMT.        BALANCE
 ----    ------  -----------                   -----------        -------
06/01/2007       BEGINNING BALANCE                                1,000.00
02/25/08  VU01   RESTITUTION PAYMENT UPDATE     1,000.00-            0.00

                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/23/92                       CASE NUMBER: CR42307
COUNTY CODE: RIV                               FINE AMOUNT: $ 1,000.00

 DATE    TRANS.  DESCRIPTION                   TRANS. AMT.        BALANCE
 ----    ------  -----------                   -----------        -------
06/01/2007       BEGINNING BALANCE                                1,000.00
```

```
REPORT ID: TS3030 .701                                              REPORT DATE: 04/01/08
                                                                    PAGE NO:     3
                         SIERRA CONSERVATION CENTER
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUN. 01, 2007 THRU APR. 01, 2008

ACCT: H28385       ACCT NAME: MARBONA, ANTHONY JESUS         ACCT TYPE: I

                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/23/92                    CASE NUMBER: CR42307
COUNTY CODE: RIV                            FINE AMOUNT: $ 1,000.00
  DATE     TRANS.   DESCRIPTION               TRANS. AMT.      BALANCE
  ----     ------   -----------               -----------      -------
02/25/08   VU01     RESTITUTION PAYMENT UPDATE  1,000.00-        0.00

                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/15/95                    CASE NUMBER: H95F0401
COUNTY CODE: RIV                            FINE AMOUNT: $ 200.00
  DATE     TRANS.   DESCRIPTION               TRANS. AMT.      BALANCE
  ----     ------   -----------               -----------      -------
06/01/2007          BEGINNING BALANCE                           101.08
02/25/08   VU01     RESTITUTION PAYMENT UPDATE    101.08-         0.00

                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/28/97                    CASE NUMBER: HEF000795
COUNTY CODE: RIV                            FINE AMOUNT: $ 200.00
  DATE     TRANS.   DESCRIPTION               TRANS. AMT.      BALANCE
  ----     ------   -----------               -----------      -------
06/01/2007          BEGINNING BALANCE                            99.58
02/25/08   VU01     RESTITUTION PAYMENT UPDATE     99.58-         0.00

                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/13/99                    CASE NUMBER: HEF002498
COUNTY CODE: RIV                            FINE AMOUNT: $ 200.00
  DATE     TRANS.   DESCRIPTION               TRANS. AMT.      BALANCE
  ----     ------   -----------               -----------      -------
06/01/2007          BEGINNING BALANCE                           200.00
```

```
REPORT ID: TS3030 .701                                              REPORT DATE: 04/01/08
                                                                    PAGE NO:          4
                              SIERRA CONSERVATION CENTER
                              INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JUN. 01, 2007 THRU APR. 01, 2008

ACCT: H28385      ACCT NAME: MARBONA, ANTHONY JESUS            ACCT TYPE: I

                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/13/99                          CASE NUMBER: HEF002498
COUNTY CODE: RIV                                  FINE AMOUNT: $      200.00
DATE      TRANS.   DESCRIPTION                       TRANS. AMT.        BALANCE
02/25/08  VU01     RESTITUTION PAYMENT UPDATE            200.00-            0.00

                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/16/02                          CASE NUMBER: SCE222862
COUNTY CODE: SD                                   FINE AMOUNT: $      250.00
DATE      TRANS.   DESCRIPTION                       TRANS. AMT.        BALANCE
06/01/2007         BEGINNING BALANCE                                      250.00
02/25/08  VU01     RESTITUTION PAYMENT UPDATE            250.00-            0.00

                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/05/02                          CASE NUMBER: SCS167247
COUNTY CODE: SD                                   FINE AMOUNT: $      200.00
DATE      TRANS.   DESCRIPTION                       TRANS. AMT.        BALANCE
06/01/2007         BEGINNING BALANCE                                      200.00
02/25/08  VU01     RESTITUTION PAYMENT UPDATE            200.00-            0.00

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                              TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL        TOTAL         CURRENT    HOLDS      TRANSACTIONS
BALANCE      DEPOSITS     WITHDRAWALS   BALANCE    BALANCE    TO BE POSTED
   0.00       150.57        150.57        0.00       5.83         0.00

                                                       CURRENT
                                                       AVAILABLE
                                                       BALANCE
                                                         5.83-
```