Anthony Narbona
5150 O'Byrnes Ferry RD
Jamestown CA 95327
H-28385 66-06 up


FILED
JUL 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DIST. CT.
## Southern Dist. of Calif

Anthony Narbona

vs

Deputy Honig Et. Al.

Case No. 08-0663 JM (LSP)
Notice of Motion to
Motion to:
(1) Withdraw I.F.P. motion.
(2) Withdraw/Dismiss Petition Complaint.

July 15, 2008

Petitioner Anthony Narbona makes this Notice of Motion, to Motion to Withdraw IFP Motion, and withdraw Complaint for the following reasons. The Motion is made July 15, 2008, and can be heard at the Courts Convinience.

On March 12, 2008 Petitioner filed a Complaint against Deputies at San Diego County Jail. At the Time the Violation occurred and the Part of the Jail that the incidents occurred were Dark enough, and in the Condition

(1)

1 Petitioner was in, I could not see the main
2 Deputy's Name Plate. Nor was I interested or
3 worried about getting his Name. My life was
4 on the line there and almost lost due to
5 THAT Deputies Action, or In Action.
6 Petitioner was under the Assumption that
7 Through Discovery; Duty Rosters, and
8 Interrogatories and so on That Deputy
9 Could be Properly and Positively Identified.
10 But Now The Court has made This all but
11 impossible. ① I am incarcerated. ② They,
12 The San Diego Sheriff Department will not
13 release any of the information Needed to
14 Identify one of their own, In order to Avoid
15 a Civil Suit. Even if I did show up and
16 ask them, It would take a Motion to
17 Compel.
18 So In order to Not waste my time or
19 This Honorable Court's time, Petitioner
20 has given up on this issue. I'm not
21 mad at them any more, getting Justice doesn't
22 always happen. I Just wish to drop this
23 issue Now.
24 I declare under penalty of perjury of the laws
25 of California and federal law that the above is
26 True.
27 Dated: July 15, 2008                    Anthony Narbona
28                                          In Proper

(2)